

FILED

02/18/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0162

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0162

ROBERT ROSE,

     Plaintiff and Appellant,

  v.

MONTANA DEPARTMENT OF
CORRECTIONS, BRIAN GOOTKIN, Director;
JAMES SALMONSEN, Warden of Montana State
Prison,

     Defendants and Appellees.

**ORDER**

FILED

FEB 1 8 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana

This Court was notified on October 31, 2024, that Appellant Robert Rose was deceased. On November 19, 2024, pursuant to M. R. App. P. 25(1), this Court ordered that if a representative for the Appellant's estate did not appear within ninety (90) days, the matter would be dismissed. No representative has appeared.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE.

The Clerk is directed to provide copies of this Order to all counsel of record.

DATED this 18 day of February, 2025.

Justices